MURRAY M. BRODSKY, Respondent, *v.* BROSER BROS., INC., Appellant.

MARTIN, P. J. (dissenting). Plaintiff admits that in any event defendant is entitled to $50. Defendant is entitled to offset this sum against any recovery by plaintiff. The determination of the Appellate Term and the judgment of the Municipal Court should be modified accordingly and as so modified affirmed.

Townley, Glennon, Untermyer and Dore, JJ., concur in decision; Martin, P. J., dissents in opinion.

Determination affirmed, with costs and disbursements. No opinion. [See post, p. 928.]